

FILED
2018 JUL 16 AM 10:28
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 18MJ01821 |
| v. | |
| Steven John Anichowski | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the _____ District of **NEW MEXICO** on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **22** U.S.C., Section(s) **371 / 22 USC 2778(B)(2)**
to wit: **CONSPIRACY / ILLEGAL EXPORT AND ATTEMPTED EXPORT OF DEFENSE ARTICLES**

A warrant for defendant's arrest was issued by: **TRUE BILL**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: **DETAIN, FLIGHT RISK**

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **7/16/18**, by
_____, Deputy Clerk.

| _signature_ | JUAN MUNOZ |
|---|---|
| Signature of Agent | Print Name of Agent |
| HSI | SPECIAL AGENT |
| Agency | Title |

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT