# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

                                    PLAINTIFF

v.

STEVEN S. ANICHOUSKI

USMS# _____              DEFENDANT

CASE NUMBER

**18 MJ01821**

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A"

1.  Date and time of arrest: 7/15/18 @ 1700      ☐ AM  ☒ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:      ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):      ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:

    18 USC 371 (CONSPIRACY) 22 USC 2778 (ILLEGAL EXPORT AND ATTEMPTED EXPORT OF DEFENSE ARTICLES)

5.  Offense charged is a:      ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:      ☒ No  ☐ Yes      Language: _____

7.  Year of Birth: 1991

8.  Defendant has retained counsel:      ☒ No
    ☐ Yes  Name: _____      Phone Number: _____

9.  Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: JUAN MUNOZ _____ (please print)

12. Office Phone Number: 310-912-4801        13. Agency: HSI

14. Signature: _____              15. Date: 7/16/18

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION