Recommend: ☐ Approval ☒ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☒ Sufficient amount of equity
☒ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☒ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On July 26, 2018     7408
   Date            Extension

By: MIGUEL ESPINOZA
    Assistant U.S. Attorney
Signature: _____

LODGED

2018 JUL 27 AM 11: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF,<br>v.<br>STEVEN JOHN ANICHOWSKI<br>DEFENDANT(S). | CASE NUMBER<br>18-1821MJ<br><br>AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in San Diego, California _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 50,000.00 _____, over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

CR-3 (12/05)     **AFFIDAVIT OF SURETY(IES) (PROPERTY)**     Page 1 of 2

Address and description of property: 12470 Pathos Lane, San Diego, California 92129

Lot 191 of Penasquitos Park View Estates Unit No. 6, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 11658, filed in the Office of the County Recorder of San Diego County, November 25, 1986.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Louise M. Baca
Print Name of Surety

[redacted]
Address of Surety

XXX-XX-3 6 1 6
Social Security Number *(Last 4 digits only)*

San Diego, California [redacted]
City, State, Zip Code

☐ Sole Holder or Owner    ☐ Tenancy in Common    ☑ Joint Tenancy    ☐ Other: _____

Percentage of Interest of Surety % 50

Present Fair Market Value of Property $ 589,306.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 200,894.22
*(list below separately)*

Mr. Cooper
Name of Holder of 1st Encumbrance

8950 Cypress Waters Blvd., Coppell, Texas 75019
Address, City, State, Zip Code

N/A
Name of Holder of 2nd Encumbrance

N/A
Address, City, State, Zip Code

N/A
Name of Holder of 3rd Encumbrance

N/A
Address, City, State, Zip Code

Total Equity $ 388,411.78
*(after deduction of encumbrance/liens)*

Homesteaders Exemption Filed? ☐ Yes ☑ No

Amount of Exemption $ N/A

None
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes  ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☐ Yes  ☑ No. If not, what was basis of appraisal? 2017-2018 Secured Tax Bill

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 20 Day of July 2018

*Louise M. Baca*
Signature of Surety

Aunt
Relationship of Surety

N/A
Signature of Surety

N/A
Relationship of Surety

Above Surety Approved: _____  JACQUELINE CHOOLJIAN
United States Magistrate Judge

Dated: 7/27/18
see att. CA Ack.

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation           ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____

_____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____SAN DIEGO_____)

On __July 20, 2018__ before me, __J.J. ORTEGA-MALDONADO, Notary Public__
(insert name and title of the officer)     J.J.O.M.

personally appeared __Louise M. Baca__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

J. J. ORTEGA-MALDONADO
COMM. #2172785
Notary Public - California
San Diego County
My Comm. Expires Nov. 20, 2020